**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **CYNTHIA RIEWSKI, as the Guardian of the Estate and Person of MATTHEW C. RIEWKSI, Disabled Adult,** | ) ) ) | |
| **Plaintiff,** | ) ) | **Case No. 23-cv-3614-RJD**[1] |
| **v.** | ) ) | |
| **Commissioner of Social Security,** | ) ) | |
| **Defendant.** | ) ) | |

<u>**MEMORANDUM AND ORDER**</u>

**DALY, Magistrate Judge:**

This matter comes before the Court on the parties' Agreed Motion to Remand to the Commissioner.  (Doc. 27).

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error and is itself a final, appealable order.  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999).  Upon a sentence four remand, judgment should be entered in favor of plaintiff.  *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

For good cause shown, the Agreed Motion to Remand to the Commissioner (Doc. 27)  is **GRANTED**.  On remand, the ALJ will proceed through the sequential disability evaluation process as appropriate and issue a new decision.  Plaintiff applied for benefits on July 14, 2020.

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c).  (Doc. 10).

(Tr. 48).  While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

The final decision of the Commissioner of Social Security denying Plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of Plaintiff.  All pending deadlines are moot.

**IT IS SO ORDERED.**

**DATED: July 17, 2024**


s/ *Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**